### Friday, April 5, 1991

## MOTION DOCKET

**90-416.** American Motors Corp. v. Huffstutler. *Wood County,* No. WD-89-54. This cause is pending before the court as an appeal and cross-appeal from the Court of Appeals for Wood County. Upon consideration of appellants/cross-appellees' motion for Joseph W. Yates III to appear *pro hac vice,*

IT IS ORDERED by the court that said motion be, and the same is hereby, granted, effective April 4, 1991.

H. Brown and Resnick, JJ., not participating.

## MISCELLANEOUS DISMISSALS